IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| POLICE OFFICER KIMYETTA KING | : | |
| Plaintiff, | : | NO.: 18-cv-00486 |
| v. | : | |
| CITY OF PHILADELPHIA d/b/a PHILADELPHIA POLICE DEPT; and SERGEANT NANCY QUINN | : | JURY TRIAL DEMANDED |
| Defendants. | : | |

## STIPULATION

AND NOW, this _____ day of _____, 2018, it is hereby STIPULATED and AGREED, by and between the undersigned counsel, that Plaintiff may file her Second Amended Complaint within fourteen (14) days from the date of entry of this Stipulation. It is also STIPULATED and AGREED that Defendants reserve all rights and defenses.

**WEISBERG LAW**

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
Attorney for Plaintiff, King

**CITY OF PHILADELPHIA LAW DEPT.**

/s/ Benjamin R. Patchen
Kevin R. Bradford, Esquire
Attorney for Defendants, City of
Philadelphia d/b/a Philadelphia Police Dept.
and Sergeant Nancy Quinn

**AND IT IS SO ORDERED.**

4/17/18

_____
Honorable Gene E.K. Pratter